■ THE STATE OF NEW YORK, Respondent, v CITY EAST ASSOCIATES et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Elliott Wilk, J.), entered on May 10, 1988, unanimously affirmed for the reasons stated

by Elliott Wilk, J., without costs and without disbursements. Concur—Sandler, J. P., Carro, Asch, Milonas and Rosenberger, JJ.